UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs<br><br>THE ESTATE OF DANNY KRUSER, ET AL.,<br><br>    Defendants. | **NEW CASE NO.  1:13-cv-00700-GSA**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:13-cv-00700 LJO-GSA |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiff filed their consent on August 15, 2013, and Defendants filed their consents on August 16, 2013, and August 21, 2013, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

All future pleadings shall be numbered as follows:

**1:13-cv-00700-GSA**

**SO ORDERED**

**Dated: August 21, 2013**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**