DYKEMA GOSSETT LLP
John L. Viola (131407)
*jviola@dykema.com*
Vivian S. Lee (273274)
*vlee@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Plaintiff
NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DANNY KRUSER, CINDY KRUSER, an individual, KARI LONIE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00700-GSA<br><br>**ORDER DISMISSING NATIOWIDELIFE AND ANNUITY INSURANCE COMPANY** |

Pursuant to the stipulation of the parties filed on August 22, 2013 and Fed. R. Civ. P. 41(a)(1), it is hereby ORDERED that:

1. Nationwide's Complaint in Interpleader was filed properly and this is a proper cause for interpleader;

2. Nationwide shall be and hereby is dismissed from this action with prejudice;

3. Nationwide will bear its own attorneys' fees and costs; and,

4. Nationwide Life and Annuity Insurance Company shall be and hereby is released, discharged and forever acquitted from any and all liability of any kind or

1 nature whatsoever as to any of the parties hereto and to anyone on account of the
2 payment of the proceeds of any sums due and owing under Nationwide Life and
3 Annuity Insurance Company's Policy No. L03651890, issued to Dan A. Kruser, at
4 issue in this matter.

IT IS SO ORDERED.

Dated:   **August 30, 2013**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE