# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF DANNY KRUSER, CINDY KRUSER, an individual, KARI LONIE, an individual, and Does 1 through 10, inclusive.<br><br>Defendants. | Case Number 1:13-CV-00700-GSA<br><br>**AMENDED STIPULATION OF SETTLEMENT AND ORDER FOR DISTRIBUTION OF DEPOSITED FUNDS AND DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between the remaining parties in this action, THE ESTATE OF DANNY KRUSER, by and through its counsel of record, Michael R. Linden, Deputy County Counsel, CINDY KRUSER, by and through its counsel of record, Frank M. Nunes, and KARI LONIE, by and through its counsel of record, James H. Wilkins, and as acknowledged and agreed to as evidenced with the signatures of CINDY KRUSER and KARI LONIE, as follows:

1. In exchange for the agreement of the parties to settle this action in its entirety, and with the understanding the parties are agreeing to a mutual release of any and all potential claims that might have existed between the parties, with each party bearing their own attorney fees and costs, THE ESTATE OF DANNY KRUSER is making no claim of interest to any of the funds that have been deposited by Nationwide Life and Annuity Insurance Company in this action;

2.   In exchange for the agreement of the parties to settle this action in its entirety, and with the understanding the parties are agreeing to a mutual release of any and all potential claims that might have existed between the parties, with each party bearing their own attorney fees and costs, CINDY KRUSER agrees to accept $120,000.00 of the deposited funds, with the understanding and agreement that the remaining funds are to be paid to KARI LONIE;

3.   In exchange for the agreement of the parties to settle this action in its entirety, and with the understanding the parties are agreeing to a mutual release of any and all potential claims that might have existed between the parties, with each party bearing their own attorney fees and costs, and with the exception of the $120,000.00 that is to be paid to CINDY KRUSER, KARI LONIE agrees to accept payment of the remaining deposited funds of $1,087,036.65.

Dated November 22, 2013                OFFICE OF COUNTY COUNSEL

                                                                */s/MichaelLinden*
                                                          Michael Linden
                                                          Heather Kruthers
Attorneys for Defendant The Estate of Danny Kruser

Dated November 22, 2013                FRANK M. NUNES

By:     */s/ Frank M. Nunes*
           Frank M. Nunes
Attorneys for Defendant Cindy Kruser

Dated November 22, 2013                By:   */s/ Cindy Kruser*
            CINDY KRUSER

Dated November 22, 2013                WILKINS, DROLSHAGEN
                                                        & CZESHINSKI, LLP

By:  */s/James H. Wilkins*
            James H. Wilkins
Attorneys for Defendant Kari Lonie

Dated November_22, 2013                    By:__ */s/ Kari Lonie*
                                                        KARI LONIE

**ORDER**

In light of the above stipulation, the Clerk of the Court is directed to immediately disburse the interpled funds by Nationwide Life and Annuity Insurance Company in the above-captioned case in the following amounts:

1.  The Clerk of the Court is ordered to issue a check/draft in the amount of $120,000.00 plus accrued interest, to be paid to "the Client Trust Account of the Law Offices of Frank Nunes for the benefit of Cindy Kruser" and to be delivered to The Law Office of Frank Nunes, 2505 W. Shaw Ave., Ste. 180, Fresno, CA 93711;

2.  The clerk of the court is ordered to issue a check/draft in the amount of $1,087,036.65 plus accrued interest, to be paid to "the Client Trust Account of Wilkins, Drolshagen and Czeshinski, LLP for the benefit of Kari Loni" and to be delivered to Wilkins, Drolshagen & Czeshinski at 6785 N. Willow Ave., Fresno, CA 93710;

3.  The invested funds may be subject to a registry fee at the time of disbursement pursuant to Local Rule 150(h). If the Clerk determines that the registry fees applies, any fees shall be deducted from the amount;

4.  All potential claims that might have existed between the parties relating to the payment of the proceeds of any sums due, and owed under Nationwide Annuity Insurance Company Policy No. L03651890, issued to Dan A. Kruser, have been, and are the subject to, a full complete and final mutual release from any and all liability of any kind;

5.  Following the issuance of the payments listed above, this action shall be dismissed in its entirety pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and the Clerk of the Court shall close this case. Each party shall bear their own attorney fees and costs;

///

///

///

6. Each party is advised that they must provide a W-2 Form to the Office of the Clerk at the following address prior to the issuance of payment:

> 501 I Street, Suite 4-200
> Sacramento, CA 95814
> Attention: Leslie Medina, Financial Department

7. This order terminates this action in its entirety.


IT IS SO ORDERED.

    Dated: __**December 4, 2013**__            **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE